535 A.2d 919

William M. WALLACE

v.

STATE of Maryland.

No. 163, Sept. Term, 1987.

Court of Appeals of Maryland.

Jan. 13, 1988.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 13th day of January, 1988

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to that Court to entertain the appeal on the merits. See *Maus v. State*, 311 Md. 85, 532 A.2d 1066 (1987); costs to be paid by the Mayor and City Council of Baltimore.